UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CINDY GREIG,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 13-cv-05862 RBL<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

      This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 22.)

      After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

      On remand, based on the parties' stipulation, this Court recommends that the above captioned case be reversed and remanded for further administrative proceedings including

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

further development of the record, a *de novo* hearing, and the following actions.  On remand, the administrative law judge (ALJ) will:  (1) if warranted and available, obtain evidence from a medical expert regarding the nature and severity of plaintiff's impairments; (2) reconsider plaintiff's residual functional capacity, and in so doing; (3) evaluate further the medical opinion evidence of record; (4) evaluate further the evidence from "other sources" pursuant to Social Security Ruling (SSR) 06-3p; (5) obtain supplemental vocational testimony if warranted to determine whether or not there are a significant number of jobs in the national economy that plaintiff can perform; and (6) if necessary, conduct proceedings further required to determine if plaintiff's substance use is a contributing factor material to a finding of disability pursuant to SSR 13-2p.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Following proper presentation, this Court will consider plaintiff's application for costs, expenses, and reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 21st day of March, 2014.

J. Richard Creatura
United States Magistrate Judge